IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VAN CHASE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-cv-957 |
| ) | Judge Campbell |
| CLARKSVILLE-MONTGOMERY ) | |
| COUNTY SCHOOL SYSTEM ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 39). For the reasons stated in the accompanying memorandum opinion, Defendant's Motion for Summary Judgment is GRANTED, and this action is DISMISSED.

The Clerk is directed to close the file, and any pending Motions are denied as moot. The pretrial conference on May 22, 2015 and the trial set for June 2, 2015 are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE